## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO.   3:25cr99-TKW

ALEXANDRA M CHRISTENSEN

### WARRANT FOR ARREST

TO:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    ALEXANDRA M CHRISTENSEN
                                              Name

and bring him or her forthwith to the nearest magistrate to answer

### SEALED INDICTMENT

charging him or her with:

Ct. 1 CONSPIRACY TO DISTRIBUTE AND DISPENSE A CONTROLLED SUBSTANCE AND TO ACQUIRE A CONTROLLED SUBSTANCE BY FRAUD
in violation of Title    21    United States Code, Section(s)    846

| | |
|---|---|
| Jessica J. Lyublanovits | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| s/ Paula Cawby | 6/18/2025         PENSACOLA |
| Deputy Clerk: Paula Cawby | Date              Location |
| Bail fixed at   $ <br>And/or in accordance with Comprehensive Crime Control Act of 1984 | by   Hope T. Cannon, Magistrate Judge <br>         Name of Judicial Officer |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at :

| DATE RECEIVED<br>6/27/25<br>DATE OF ARREST<br>6/27/25 | NAME AND TITLE OF ARRESTING OFFICER<br>SA Joseph Amich | SIGNATURE OF ARRESTING OFFICER |

JFJ
6/30/2025 FILED NDFL